Charles Cutler, Appellee, v. Gustave Vilhelm Lindstrom and Hedvig Esterblom Nordli, Heirs at Law of John Lindstrom, Deceased, Appellants.

Gen. No. 42,595.

opinion filed October 25, 1943; rehearing denied November 13, 1943. Anderson & Anderson, for appellants; Black & Beermann and Louis L. Spear, for appellee; Benj. H. Black, of counsel. Opinion by JUSTICE MATCHETT. Not to be published in full.

Nathan Finder, Appellee, v. Morris Miller and Company, Inc., Appellant.

Gen. No. 42,607.

opinion filed October 25, 1943; rehearing denied November 13, 1943. Morton B. Hochberg, for appellant; Harry M. Kroon, for appellee. Opinion by JUSTICE MATCHETT. Not to be published in full.